Petrie, J. Pro Tem., concurred in by Alexander, C.J., and Reed, J.

[No. 12064-0-II.  Division Two.  July 24, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. PAUL MITUNIEWICZ, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 88-1-00216-9, Barbara D. Johnson, J., entered May 19, 1988. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Alexander, C.J., and Reed, J.

[No. 10723-6-II.  Division Two.  July 24, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. LARRY WILLIAM PIEPER, JR., *Appellant.*

Appeal from a judgment of the Superior Court for Skamania County, No. 86-1-00052-4, Ted Kolbaba, J., entered January 15, 1987. *Affirmed* by unpublished opinion per Reed, J., concurred in by Alexander, C.J., and Petrich, J.

[No. 9032-9-III.  Division Three.  July 25, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. JOSE JESUS CORTEZ, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 87-1-01203-0, Howard Hettinger, J., entered November 17, 1987. *Affirmed* by unpublished opinion per Shields, J., concurred in by Munson, A.C.J., and Green, J.

[No. 10987-5-II.  Division Two.  July 27, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. RONALD K. JOHNSON, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 86-1-00537-2, James I. Maddock, J., entered

April 9, 1987. *Affirmed* by unpublished opinion per Reed, J., concurred in by Alexander, C.J., and Petrich, J.